White *v.* Williams.

LEONARD WHITE *et al.,* plaintiffs in error, *v.* JOSEPH B. WILLIAMS, defendant in error.

*Error to Hardin.*

THIS case depended upon a state of facts similar to the preceding, and the same pleadings were filed.

*W. B. Scates,* for the plaintiffs in error.

*T. G. C. Davis,* for the defendant in error.

The Opinion of the Court was delivered by

TRUMBULL, J. The record in this case presents the same question upon a plea in abatement as has already

been passed upon by the Court at the present term in the case of *White & Sloo* v. *By Wilson*, and the judgment of the Circuit Court is reversed and the cause remanded for another trial upon the plea in abatement for the same reasons as are stated in the Opinion filed in that case.

*Judgment reversed.*